DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
THOMAS JOSEPH WEHNER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:03-cr-05387 OWW |
| Plaintiff, | |
| v. | **ORDER TERMINATING SUPERVISED RELEASE** |
| THOMAS JOSEPH WEHNER, JR., | |
| Defendant. | |

The matter came before the Court for hearing on November 17, 2010. Defendant, Thomas Joseph Wehner, appeared telephonically and was represented by his counsel, Francine Zepeda, Assistant Federal Defender. The government was represented by Assistant U.S. Attorney Karen Escobar.

Good cause appearing, **IT IS ORDERED** that the defendant Wehner's petition to terminate supervised release is hereby granted. It is further ordered that the defendant, Thomas Joseph Wehner, be discharged from supervised release and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   December 2, 2010**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE